| | |
|---|---|
| 1 | JEFFREY D. GOLDMAN (Bar No. 155589), JGoldman@jmbm.com |
| 2 | RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com |
| | BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com |
| 3 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | 1900 Avenue of the Stars, Seventh Floor |
| 4 | Los Angeles, California  90067-4308 |
| | Telephone:     (310) 203-8080 |
| 5 | Facsimile:      (310) 203-0567 |
| 6 | Attorneys for Defendant UMG RECORDINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE ZOMBIE, a general partnership; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; and DAVE MASON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO.     CV11-02431 SI<br><br>**STIPULATION TO SET HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT UMG RECORDINGS, INC.'S MOTIONS TO DISMISS AND TRANSFER**<br><br>Proposed Hearing Date:     August 19, 2011<br><br>Time:                9:00 a.m.<br>Courtroom:           10, 19th Floor<br>Judge:               Hon. Susan Illston |

This Stipulation is based on the following facts:

1. This action was filed on May 18, 2011.

2. Plaintiff Rick James, by and through the James Ambrose Johnson, Jr., 1999 Trust, his successor in interest (the "James Plaintiff") previously filed a separate action against defendant UMG Recordings, Inc. ("UMGR") on April 1, 2011, Case No. CV11-01613 (the "James Action"), which was assigned to this Court. On June 1, 2011, the Court entered a Related Case Order whereby this action was also assigned to this Court.

3. On June 10, 2011, UMGR filed in the James Action its (a) Motion to Dismiss Action for Improper Venue or Transfer Action to Central District of California [Docket No. 21] and (b) Motion to Dismiss Fourth Cause of Action for Violation of California Business & Professions Code § 17200 [Docket No. 25]. The hearing on these motions is currently set for July 15, 2011, but the parties have stipulated to continue that hearing date to August 19, 2011.

4. It is UMGR's present intention to file, in this action, motions seeking similar relief as is being sought in the venue motion and the motion to dismiss filed in the James Action.

5. Counsel for plaintiffs Rob Zombie, White Zombie, Whitesnake and Dave Mason (collectively the "Zombie Plaintiffs"), has requested, for the convenience of counsel, that the hearing date on UMGR's intended Motion to Dismiss Action for Improper Venue or Transfer Action to Central District of California (the "Venue Motion") and Motion to Dismiss Fourth Cause of Action for Violation of California Business & Professions Code § 17200 (the "Motion to Dismiss") in this action be set for August 19, 2011, to correspond with the hearing date on UMGR's pending motions in the James Action. UMGR, solely for the convenience of counsel and the Court and for no other reason, is willing to agree to such a hearing date, conditioned on (a) avoiding any conflict with the planned July 17-29 vacation of UMGR's lead counsel and (b) subject to the Zombie Plaintiffs' agreement not to use this Stipulation for any substantive purpose in this action, such as to argue that this action and the James Action are related, should be consolidated, or involve the same, similar, or related or overlapping legal or factual issues.

6. Therefore, subject to the Court's approval, the parties to this action have agreed that the hearing on UMGR's intended Venue Motion and Motion to Dismiss in this action be set for

1  August 19, 2011 at 9:00 a.m. (in order to coincide with the proposed hearing date for UMGR's
2  pending motions in the James Action) and have agreed to the following briefing schedule for
3  UMGR's intended Venue Motion and Motion to Dismiss in this action:
4        (a)  UMGR's intended Venue Motion and Motion to Dismiss in this action shall
5  be filed on July 8, 2011;
6        (b)  The Zombie Plaintiffs' Opposition to UMGR's intended Venue Motion and
7  the Motion to Dismiss in this action shall be filed on July 28, 2011;
8        (c)  UMGR's Reply in Support of its intended Venue Motion and the Motion to
9  Dismiss in this action shall be filed on August 5, 2011.
10    7.  The parties agree that this Stipulation is being entered into at the request of the
11  Zombie Plaintiffs' counsel and solely for the convenience of counsel and the Court; is not a
12  concession or admission by UMGR that this action and the James Action are related, should be
13  consolidated, or raise the same, similar, or related or overlapping legal or factual issues; and the
14  Zombie Plaintiffs agree that they shall not use this Stipulation at any time during the course of
15  either this action or the James Action in support of such contentions or for any other purpose,
16  including but not limited to in connection with any motion to consolidate this action and the James
17  Action or any motion relating to class certification.
18  IT IS SO STIPULATED.
19
20  DATED: June 28, 2011                  JEFFREY D. GOLDMAN
21                                         RYAN S. MAUCK
                                       BRIAN M. YATES
22                                         JEFFER MANGELS BUTLER & MITCHELL LLP
23
24                                         By: /s/ Jeffrey D. Goldman
                                       JEFFREY D. GOLDMAN
25                               Attorneys for Defendant UMG RECORDINGS, INC.
26
27
28

| | | |
|---|---|---|
| 1 | DATED: June 28, 2011 | DAVID M. GIVEN |
| 2 | | NICHOLAS A. CARLIN |
| | | ALEXANDER H. TUZIN |
| 3 | | PHILLIPS, ERLEWINE & GIVEN LLP |

By: /s/ David M. Given
      DAVID M. GIVEN
Attorneys for Plaintiffs ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE ZOMBIE; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; and DAVE MASON

(Lines 4–28 blank)

JMBM — Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER

7874069v1

- 4 -   Stipulation to Set Hearing Date and Briefing Schedule

| | |
|---|---|
| 1 | JEFFREY D. GOLDMAN (Bar No. 155589), JGoldman@jmbm.com |
| 2 | RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com |
| | BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com |
| 3 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | 1900 Avenue of the Stars, Seventh Floor |
| 4 | Los Angeles, California  90067-4308 |
| | Telephone:    (310) 203-8080 |
| 5 | Facsimile:     (310) 203-0567 |
| 6 | Attorneys for Defendant UMG RECORDINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE ZOMBIE, a general partnership; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; and DAVE MASON, individually and on behalf of all others similarly situated, | | CASE NO.    CV11-02431 SI |
| | | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO SET HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT UMG RECORDINGS, INC.'S MOTIONS TO DISMISS AND TRANSFER |
| Plaintiffs, | | |
| v. | | |
| UMG RECORDINGS, INC., a Delaware corporation, | | |
| Defendant. | | |

PRINTED ON
RECYCLED PAPER
7874168v1

_____
[Proposed] Order

Pursuant to stipulation between plaintiffs Rob Zombie, White Zombie, Whitesnake and Dave Mason (collectively, "Plaintiffs") and defendant UMG Recordings, Inc. ("UMGR") to an order setting the hearing date and briefing schedule on UMGR's intended Motion to Dismiss Action for Improper Venue or Transfer Action to Central District of California (the "Venue Motion") and Motion to Dismiss Fourth Cause of Action for Violation of California Business & Professions Code § 17200 (the "Motion to Dismiss"), the Court orders:

1. The hearings on UMGR's Venue Motion and Motion to Dismiss in this action shall be set on August 26, 2011 at 9:00 a.m.

2. UMGR's Venue Motion and Motion to Dismiss in this action shall be filed on July 8, 2011.

3. Plaintiffs' Opposition to the Venue Motion and the Motion to Dismiss in this action shall be filed on July 28, 2011.

4. UMGR's Reply in Support of the Venue Motion and the Motion to Dismiss in this action shall be filed on August 5, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___6/29___ 2011        _____
                              HON. SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE