| | |
|---|---|
| 1 | JEFFREY D. GOLDMAN (Bar No. 155589), JGoldman@jmbm.com |
| 2 | RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com |
| | BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com |
| 3 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | 1900 Avenue of the Stars, Seventh Floor |
| 4 | Los Angeles, California  90067-4308 |
| | Telephone:    (310) 203-8080 |
| 5 | Facsimile:    (310) 203-0567 |
| 6 | Attorneys for Defendant UMG RECORDINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE ZOMBIE, a general partnership; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; and DAVE MASON, individually and on behalf of all others similarly situated, <br><br>           Plaintiffs, <br><br>     v. <br><br>UMG RECORDINGS, INC., a Delaware corporation, <br><br>           Defendant. | CASE NO.    CV11-02431 SI <br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT UMG RECORDINGS, INC. TO SUBMIT REPLY IN SUPPORT OF MOTIONS TO DISMISS AND TRANSFER** |

8/5/11

_____
[Proposed] Order

Pursuant to stipulation between plaintiffs Rob Zombie, White Zombie, Whitesnake and Dave Mason (collectively, "Plaintiffs") and defendant UMG Recordings, Inc. ("UMGR") to an order extending UMGR's time to file its Reply in Support of its Motion to Dismiss Action for Improper Venue or Transfer Action to Central District of California (the "Venue Motion") and Motion to Dismiss Fourth Cause of Action for Violation of California Business & Professions Code § 17200 (the "Motion to Dismiss"), the Court orders:

1. UMGR's Reply in Support of the Venue Motion and the Motion to Dismiss in this action shall be filed on August 9, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____ 2011    _____
                                HON. SUSAN ILLSTON
                                UNITED STATES DISTRICT JUDGE