1   David M. Given (State Bar No. 142375)
    dmg@phillaw.com
2   Nicholas A. Carlin (State Bar No. 112532)
3   nac@phillaw.com
    Alexander H. Tuzin (State Bar No. 267760)
4   aht@phillaw.com
5   PHILLIPS, ERLEWINE & GIVEN LLP
    50 California Street, 35th Floor
6   San Francisco, CA   94111
    Telephone:  415-398-0900
7   Facsimile:   415-398-0911

8   *Attorneys for Plaintiffs and The Tubes*

Jeffrey D. Goldman (State Bar No. 155589)
jgoldman@jmbm.com
Ryan S. Mauck (State Bar No. 223173)
rmauck@jmbm.com
Brian M. Yates (State Bar No. 241798)
byates@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: 310-203-8080
Facsimile: 310-203-0567

*Attorneys for Defendant*

9

10

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15   ROB ZOMBIE, a/k/a Robert Wolfgang             Case No.  CV 11-02431 SI
     Zombie, f/k/a Robert Cummings; WHITE
16   ZOMBIE, a general partnership;                **STIPULATION AND [PROPOSED]**
     WHITESNAKE, a doing business as               **ORDER CONTINUING HEARING**
17   designation of David Coverdale, by and for    **DATE**
     WHITESNAKE PRODUCTIONS
18   (OVERSEAS) LIMITED; and DAVE
     MASON, individually and on behalf of all       The Honorable Susan Illston
19   others similarly situated,

20                  Plaintiffs,

21   vs.

22   UMG RECORDINGS, INC., a Delaware
     corporation,
23
                    Defendant.
24

25

26

27

28

1    Plaintiffs in the above-captioned action, Defendant UMG Recordings, Inc. ("UMGR"),

2    and proposed intervener, The Tubes, by and through their counsel, hereby stipulate as follows:

3    WHEREAS, Plaintiffs in this case filed their complaint on May 18, 2011;

4    WHEREAS, on June 1, 2011, the Court issued an Order relating this case to the case

5    entitled *Rick James et. al. v. UMG Recordings, Inc.*, Case No. CV 11-01613 SI (the "James

6    Action");

7    WHEREAS, on July 8, 2011, UMGR filed in this case: (a) a Motion to Dismiss Action for

8    Improper Venue or Transfer Action to Central District of California ("Zombie Venue Motion");

9    and (b) a Motion to Dismiss Fourth Cause of Action for Violation of California Business &

10   Professions Code § 17200 ("Zombie Motion to Dismiss");

11   WHEREAS, on June 10, 2011, UMGR filed in the James Action: (a) a Motion to Dismiss

12   Action for Improper Venue or Transfer Action to Central District of California ("James Venue

13   Motion"); and (b) a Motion to Dismiss Fourth Cause of Action for Violation of California

14   Business & Professions Code § 17200 ("James Motion to Dismiss");

15   WHEREAS, on July 27, 2011, The Tubes filed in this case a Motion to Intervene as

16   Plaintiff and Additional Class Representative ("Motion to Intervene");

17   WHEREAS, the Zombie Venue Motion, Zombie Motion to Dismiss, Motion to Intervene,

18   James Venue Motion, and James Motion to Dismiss have all been fully briefed;

19   WHEREAS, by notice dated August 18, 2011, the hearing on the Zombie Venue Motion,

20   Zombie Motion to Dismiss, and Motion to Intervene was continued until September 2, 2011 at

21   9:00 a.m. (Docket No. 25);

22   WHEREAS, on August 19, 2011, the Court's law clerk confirmed by email that the

23   hearing on the James Venue Motion and James Motion to Dismiss was also continued until

24   September 2, 2011 at 9:00 a.m., such that all pending motions in both actions are currently

25   scheduled to be heard at that time;

26   WHEREAS, due to prior-scheduled commitments, counsel are unavailable for a hearing

27   on September 2, 2011 at 9:00 a.m., and the parties therefore wish to continue the hearing on all

28   pending motions to the next hearing date that is available for the Court and the parties;

- 2 -

1    WHEREAS, due to prior-scheduled commitments, counsel for the parties are unavailable

2    for a hearing on September 9, 2011 or September 16, 2011;

3    WHEREAS, the parties therefore jointly and respectfully request that the Court continue

4    the hearing on all pending motions until September 22, 2011 at 9:00 a.m.;

5    WHEREAS, the purpose of this request is not for delay;

6    WHEREAS, the requested continuance will not alter any other deadlines set by the Court;

7    WHEREAS, concurrent with the filing of this stipulation, the parties in the James Action

8    are filing a similar request to continue the hearing on the motions pending in that case (*i.e.*, the

9    James Venue Motion and James Motion to Dismiss) to the same hearing date, September 22,

10   2011 at 9:00 a.m.;

11   IT IS HEREBY STIPULATED THAT:

12   1.    The parties respectfully request that the hearing on the pending Zombie Venue

13   Motion, Zombie Motion to Dismiss, and Motion to Intervene be continued from September 2,

14   2011 until September 22, 2011 at 9:00 a.m.

15

16   IT IS SO STIPULATED.

17
     Dated:  August 22, 2011                        PHILLIPS, ERLEWINE & GIVEN LLP
18                                                  DAVID M. GIVEN
                                                    NICHOLAS A. CARLIN
19                                                  ALEXANDER H. TUZIN

20
                                                    By:            */s/ David M. Given*
21                                                             David M. Given

22
                                                    Counsel for Plaintiffs Rob Zombie et al. and The
23                                                  Tubes

24

25

26

27

28

                                                                   STIPULATION AND PROPOSED ORDER TO
                                          - 3 -                        CONTINUE HEARING DATE
                                                                          CASE NO. CV 11-02431 SI

1    Dated:  August 22, 2011                    JEFFER MANGELS BUTLER & MITCHELL
                                                LLP
2                                               JEFFREY D. GOLDMAN
                                                RYAN S. MAUCK
3                                               BRIAN M. YATES

4

5                                               By:          */s/ Jeffrey D. Goldman*
                                                             Jeffrey D. Goldman
6
                                                Counsel for Defendant UMG Recordings, Inc.
7

8

9           I, Roger N. Heller, am the ECF User whose ID and password are being used to file this

10   document.  In compliance with General Order 45, section X.B., I hereby attest that concurrence in

11   the filing of the document has been obtained from each of the other signatories.

12
                                                By:    /s/ Roger N. Heller
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                         STIPULATION AND PROPOSED ORDER TO
                                                            CONTINUE HEARING DATE
                                                            CASE NO. CV 11-02431 SI

1

2

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

3

4

1.      The hearing on the pending Zombie Venue Motion, Zombie Motion to Dismiss,

and Motion to Intervene is continued until September 22, 2011 at 9:00 a.m.

5

6

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9

10     DATED:      8/25/11

_____

The Honorable Susan Illston
United States District Judge

11

934727.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO
CONTINUE HEARING DATE
CASE NO. CV 11-02431 SI

1   David M. Given (State Bar No. 142375)
    dmg@phillaw.com
2   Nicholas A. Carlin (State Bar No.
    112532)
3   nac@phillaw.com
    Alexander H. Tuzin (State Bar No.
4   267760)
    aht@phillaw.com
5   PHILLIPS, ERLEWINE & GIVEN LLP
    50 California Street, 35th Floor
6   San Francisco, CA   94111
    Telephone:  415-398-0900
7   Facsimile:   415-398-0911

8   *Attorneys for Plaintiffs and The Tubes*

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
    ROB ZOMBIE, a/k/a Robert Wolfgang          Case No.  CV 11-02431 SI
13  Zombie, f/k/a Robert Cummings; WHITE
    ZOMBIE, a general partnership;             **DECLARATION OF DAVID M. GIVEN
14  WHITESNAKE, a doing business as            IN SUPPORT OF STIPULATION AND
    designation of David Coverdale, by and for [PROPOSED] ORDER CONTINUING
15  WHITESNAKE PRODUCTIONS                     HEARING DATE**
    (OVERSEAS) LIMITED; and DAVE
16  MASON, individually and on behalf of all
    others similarly situated,                  The Honorable Susan Illston
17
                        Plaintiffs,
18
    vs.
19
    UMG RECORDINGS, INC., a Delaware
20  corporation,
21                      Defendant.
22

23

24

25

26

27

28

                                    - 1 -        DECLARATION OF DAVID M. GIVEN
                                                 CASE NO. CV 11-02431

1    I, David M. Given, declare as follows:

2    1.    I am admitted to practice before this Court and am an attorney at Phillips, Erlewine

3    & Given LLP, counsel for Plaintiffs and proposed intervener The Tubes in the above-captioned

4    action.  I submit this declaration in support of the parties' Stipulation and [Proposed] Order

5    Continuing Hearing Date.  The facts set forth herein are based upon personal knowledge.

6    2.    By notice dated August 18, 2011, the hearing on the pending Zombie Venue

7    Motion, Zombie Motion to Dismiss, and Motion to Intervene was continued until September 2,

8    2011 at 9:00 a.m. (Zombie Docket No. 25).

9    3.    On August 19, 2011, the Court's law clerk confirmed by email that the hearing on

10    the pending James Venue Motion and James Motion to Dismiss was also continued until

11    September 2, 2011 at 9:00 a.m., such that all pending motions in both actions are currently

12    scheduled to be heard at that time.

13    4.    Due to prior-scheduled commitments, counsel are unavailable for a hearing on

14    September 2, 2011 at 9:00 a.m., and the parties therefore wish to continue the hearing on all

15    pending motions to the next hearing date that is available for the Court and the parties.  Due to

16    prior-schedule commitments, counsel for the parties are unavailable for a hearing on September 9,

17    2011 or September 16, 2011.  The parties therefore jointly and respectfully request that the Court

18    continue the hearing on all pending motions until September 22, 2011 at 9:00 a.m.

19    5.    The parties previously requested the following time modifications in this case: (a)

20    Stipulation To Extend Time To File Answer Or Other Response To Plaintiffs' Complaint, filed

21    June 1, 2011 (Zombie Docket No. 4); and (b) Stipulation To Continue Hearing Date And Amend

22    Briefing Schedule On Defendant UMG Recordings, Inc.'s Pending Motions To Dismiss And

23    Transfer, filed June 28, 2011 (Zombie Docket No. 7), which the Court granted by Order dated

24    June 29, 2011 (Zombie Docket No. 8).

25    6.    The purpose of the requested continuance is not delay.  The requested continuance

26    will not alter any other deadlines set by the Court.

27

28    I declare under penalty of perjury under the laws of the United States of America that the

- 2 -         DECLARATION OF DAVID M. GIVEN
              CASE NO. CV 11-02431 SI

1  foregoing is true and correct.

2     Executed this 22nd day of August 2011 at San Francisco, California.

3                                                           _____/s/ David M. Given_____

4                                                                David M. Given

5

6

7

8     I, Roger N. Heller, am the ECF User whose ID and password are being used to file this

9  document.  In compliance with General Order 45, section X.B., I hereby attest that concurrence in

10  the filing of the document has been obtained from each of the other signatories.

11

12                                         By:  ___/s/ Roger N. Heller_____

13  934743.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID M. GIVEN
                                                CASE NO. CV 11-02431 SI