| | |
|---|---|
| David M. Given (State Bar No. 142375)<br>dmg@phillaw.com<br>Nicholas A. Carlin (State Bar No. 112532)<br>nac@phillaw.com<br>Alexander H. Tuzin (State Bar No. 267760)<br>aht@phillaw.com<br>PHILLIPS, ERLEWINE & GIVEN LLP<br>50 California Street, 35th Floor<br>San Francisco, CA   94111<br>Telephone:  415-398-0900<br>Facsimile:   415-398-0911<br><br>*Attorneys for Plaintiffs* | Jeffrey D. Goldman (State Bar No. 155589)<br>jgoldman@jmbm.com<br>Ryan S. Mauck (State Bar No. 223173)<br>rmauck@jmbm.com<br>Brian M. Yates (State Bar No. 241798)<br>byates@jmbm.com<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, California 90067-4308<br>Telephone: 310-203-8080<br>Facsimile: 310-203-0567<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE ZOMBIE, a general partnership; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; and DAVE MASON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.  CV 11-02431 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Susan Illston |

1   Plaintiffs in the above-captioned action and Defendant UMG Recordings, Inc., by and
2   through their counsel, hereby stipulate as follows:
3   WHEREAS, Plaintiffs in this case filed their complaint on May 18, 2011;
4   WHEREAS, on June 1, 2011, the Court issued an Order relating this case to the case
5   entitled *Rick James et. al. v. UMG Recordings, Inc.*, Case No. CV 11-01613 SI (the "James
6   Action");
7   WHEREAS, a further Case Management Conference is currently scheduled in this case,
8   as well as in the James Action, for October 14, 2011 at 3:00 p.m.;
9   WHEREAS, due to prior-scheduled commitments, counsel for Plaintiffs are unavailable
10  for a Case Management Conference on October 14, 2011, and the parties therefore wish to
11  continue the upcoming further Case Management Conference to the next date that is available for
12  the Court and the parties;
13  WHEREAS, the parties therefore jointly and respectfully request that the Court continue
14  the upcoming further Case Management Conference until November 4, 2011 at 3:00 p.m.;
15  WHEREAS, the purpose of this request is not for delay;
16  WHEREAS, the requested continuance will not alter any other deadlines set by the Court;
17  WHEREAS, concurrent with the filing of this stipulation, the parties in the James Action
18  are filing a similar request to continue the Case Management Conference in that case to the same
19  date, November 4, 2011 at 3:00 p.m.;
20  IT IS HEREBY STIPULATED THAT:
21  1.   The parties respectfully request that the upcoming further Case Management
22  Conference be continued from October 14, 2011 until November 4, 2011 at 3:00 p.m.
23
24  IT IS SO STIPULATED.
25
26
27
28

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONF.
CASE NO. CV 11-02431 SI

| | | |
|---|---|---|
| 1 | Dated: October 5, 2011 | PHILLIPS, ERLEWINE & GIVEN LLP<br>DAVID M. GIVEN<br>NICHOLAS A. CARLIN<br>ALEXANDER H. TUZIN |

Dated: October 5, 2011    PHILLIPS, ERLEWINE & GIVEN LLP
                          DAVID M. GIVEN
                          NICHOLAS A. CARLIN
                          ALEXANDER H. TUZIN

By: _____*/s/ David M. Given*_____
              David M. Given

Counsel for Plaintiffs


Dated: October 5, 2011    JEFFER MANGELS BUTLER & MITCHELL LLP
                          JEFFREY D. GOLDMAN
                          RYAN S. MAUCK
                          BRIAN M. YATES

By: _____*/s/ Jeffrey D. Goldman*_____
              Jeffrey D. Goldman

Counsel for Defendant UMG Recordings, Inc.


I, Roger N. Heller, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: ___/s/ Roger N. Heller_____

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

1. The upcoming further Case Management Conference is continued until November 4, 2011 at 3:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/6/11

_____
The Honorable Susan Illston
United States District Judge

941096.1